**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| ASHLEY TAYLOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-168-JDK |
| | § | |
| CITY OF TYLER, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER DENYING MOTIONS TO DISMISS AS MOOT**

Before the Court are two motions to dismiss Plaintiff's original complaint: one filed by Grassroots America (Docket No. 11) and one by filed by the City of Tyler, Texas (Docket No. 16).  On June 24, 2026, Plaintiff filed her first amended complaint. Docket No. 27.

Accordingly, the Court **DENIES** both motions to dismiss (Docket Nos. 11, 16) as moot.  *See, e.g.*, *Boelens v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985) ("[A]n amended complaint ordinarily supersedes the original and renders it of no legal effect, unless the amended complaint specifically refers to or adopts the earlier pleading.").

**So ordered and signed on this**

**Jun 24, 2026**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE