IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ASHLEY TAYLOR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:26-cv-168-JDK |
| | § | |
| CITY OF TYLER, TEXAS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER STAYING DISCOVERY**

Before the Court are two motions to dismiss.  Docket Nos. 29 & 30.  Together, the motions argue that Plaintiff has failed to state a viable claim; one motion also asserts the defense of qualified immunity on behalf of the individual Defendants.  The motions raise questions of law that do not require discovery to resolve.

Nevertheless, Plaintiff recently notified the Court that she has issued subpoenas pursuant to Federal Rule of Civil Procedure 45 on at least six non-parties.  Docket No. 39.  A plaintiff should not "unlock the doors of discovery" without first stating a plausible claim entitling her to relief.  *Ashcroft v. Iqbal*, 556 U.S. 662, 678–79 (2009).  In addition, discovery generally should be stayed when a defendant has asserted qualified immunity in a motion to dismiss.  *Carswell v. Camp*, 54 F.4th 307, 313 (5th Cir. 2022); *Layton v. Smith Cnty., Tex.*, No. 6:26-cv-141-JDK, Docket No. 177 (E.D. Tex. Apr. 21, 2026).

Accordingly, the Court **ORDERS** that discovery, including third-party discovery sought under Rule 45, is hereby **STAYED** until further order of the Court.  *See, e.g.*, *Fujita v. U.S.*, 416 Fed. App'x 400, 402 (5th Cir. 2011) (citation

1

omitted) (noting that a district court has "broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined."); *James J. Flanagan Shipping Corp. v. Port of Beaumont of Jefferson Cnty., Tex.*, 2020 WL 4365595, at *2 (E.D. Tex. July 20, 2020) (staying discovery when a pending motion could dismiss all of plaintiffs' claims as a matter of law).

Finally, Plaintiff is **ORDERED** to serve this Order on any non-party recipient of a Rule 45 subpoena by **Friday, August 7, 2026**, and to notify the Court upon doing so.

**So ordered and signed on this**

**Aug 6, 2026**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2